IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DAVID BATTAGLIA, §<br>§<br>Petitioner, §<br>§<br>VS. §<br>§ NO. 3-09-CV-1904-B-BD<br>RICK THALER, Director §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division §<br>§<br>Respondent. § | |

## ORDER

In his response to petitioner's application for writ of habeas corpus, respondent acknowledges that petitioner placed his *pro se* supplemental writ in the prison mail system on or before the May 16, 2011 deadline established by the court. Accordingly, the court vacates its May 27, 2011 order [Doc. #61] denying petitioner's motion for stay and abeyance, and grants petitioner's request to reinstate that motion [Doc. #65]. The court will rule on the motion for stay and abeyance by separate order.

Petitioner's *pro se* supplemental application for writ of habeas corpus [Doc. #62], placed in the prison mail system on May 13, 2011, but not received by the court until May 27, 2011, is deemed timely filed.

SO ORDERED.

DATED: June 16, 2011.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE